EMR:RAS
F. #2023R00259

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT** |
| - against - | |
| BLAKE CHERRY, | (18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1)) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Jeremy Gale, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about May 7, 2024, within the Eastern District of New York and elsewhere, the defendant BLAKE CHERRY did knowingly and intentionally recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: Jane Doe, an individual whose identity is known to the Affiant, in and affecting interstate commerce, and did benefit, financially and by receiving things of value, from participation in a venture which engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means, would be used to cause Jane Doe to engage in one or more commercial sex acts, which offense was effected by means of force, threats of force, fraud and coercion, and a combination of such means.

(Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 3551 et seq.)

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving sex trafficking. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. CHERRY is currently a registered level three sex offender in New York as a result of a prior felony conviction for sex trafficking, which offense involved a fourteen-year-old minor victim, in violation of New York Penal Law 230.34. The offense took place on or about April 2, 2016. CHERRY was convicted for this offense in Kings County Supreme Court on or about March 7, 2017 and was sentenced to two-to-six-years' imprisonment, followed by five years of post-release supervision. CHERRY was released on October 16, 2023, and remains on supervision until October 3, 2028

3. On or about May 8, 2024, Jane Doe contacted 911 and reported in substance and in part that she was kidnapped for three days and held by an individual she later identified as CHERRY.

4. During the 911 call, Jane Doe reported in substance and in part that she was sold and "beat on," including being hit in the face. Notably, on May 8, 2024, I observed a cut on Jane Doe's face.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

5. Jane Doe reported to law enforcement that on or about May 7, 2024, CHERRY forced Jane Doe to engage in sexual intercourse with unknown men in exchange for money.

6. According to Jane Doe, the men with whom CHERRY forced her to have sex contacted CHERRY using an application on CHERRY's phone.

7. On or about May 8, 2024, Jane Doe was able to escape and contacted 911. New York City Police ("NYPD") officers responded and subsequently arrested CHERRY at CHERRY's Residence for unlawful imprisonment of Jane Doe, among other things. At the time of arrest, Jane Doe was brought to CHERRY's Residence where she identified CHERRY as the person who had detained her.

WHEREFORE, your deponent respectfully requests that the defendant BLAKE CHERRY, be dealt with according to law.

_____
Jeremy Gale
Special Agent, Federal Bureau of Investigation

Sworn to before me this *under oath telephonically*
_8_ day of May, 2024

*Vera M. Scanlon*
_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK